**FILED**

APR 1 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | **1 : 26 CR 0 0 17 9** |
| | ) | |
| v. | ) | CASE NO. _____ |
| | ) | Title 18, United States Code, |
| MATTHEW STEWART, | ) | Section 2252A(a)(5)(B) |
| | ) | |
| Defendant. | ) | **JUDGE PEARSON** |

COUNT 1
(Access with Intent to View Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury charges:

1. From on or about November 8, 2023, to September 14, 2025, in the Northern District of Ohio, Eastern Division, Defendant MATTHEW STEWART did knowingly access with intent to view, Samsung MyFiles, BitTorrent, and XPlayer applications, using a Samsung Galaxy A11 cellular telephone, that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a

prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.